FILED
2013 Aug-07 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

CAROL L. EFFINGER,              }
                                }
     Plaintiff,                 }
                                }   CIVIL ACTION NO.
v.                              }   2:13-cv-1061-WMA
                                }
ALLIANCEONE RECEIVABLES         }
MANAGEMENT, INC.,               }
                                }
     Defendant.                 }
```

### ORDER

Pursuant to the joint stipulation of dismissal filed on August 7, 2013, by plaintiff and defendant, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 7th day of August, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE